NUMBER 13-04-546-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
_______________________________________________________

IN RE: RONALD DWAYNE WHITFIELD
_______________________________________________________

On Petition for Writ of Mandamus
_______________________________________________________

MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Rodriguez and Garza
Memorandum Opinion Per Curiam

         Relator Ronald Dwayne Whitfield filed a petition for writ of mandamus in the
above cause on October 12, 2004. The Court, having examined and fully considered
the petition for writ of mandamus, is of the opinion that said petition should be denied. 
The petition for writ of mandamus is hereby DENIED.
                                                                        PER CURIAM


Memorandum Opinion delivered and filed
this the 15th day of October, 2004.